FILED: April 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7246 (L)
(1:17-cr-00106-CCB-6)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARCUS ROOSEVELT TAYLOR

    Defendant - Appellant

_____

No. 21-4422
(1:17-cr-00106-CCB-6)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARCUS ROOSEVELT TAYLOR

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petitions for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petitions for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Heytens, and Judge Lydon.

                                                For the Court

                                                /s/ Patricia S. Connor, Clerk